**Phyllis J. GREEN, Appellant-Respondent,**

v.

**Jackie D. GREEN, Respondent-Appellant.**

**No. WD 33145.**

Missouri Court of Appeals,
Western District.

Aug. 31, 1982.

Richard N. Brown, Brookfield, for appellant-respondent; Brown & Casey, Brookfield, of counsel.

Gary E. Ravens, Marceline, for respondent-appellant.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

### ORDER

PER CURIAM:

These are cross-appeals from judgments of custody of three minor children and from an allowance of attorney fees.

The judgments are affirmed. Rule 84.-16(b).